# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
Oct 22, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>SHAYNE WEINGARTEN<br><br>*Defendant(s)* | Case No.   2:25-mj-0165 CKD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 25, 2025   in the county of   Solano   in the Eastern District of   California  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 922(g)(1)** | **Felon in possession of a firearm** |

This criminal complaint is based on these facts:

(see the attached affidavit of Special Agent Carla Ceccon, Federal Bureau of Investigations)

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Carla Ceccon, Special Agent, FBI
*Printed name and title*

Sworn to me and signed via telephone.

Date:   October 22, 2025

*Judge's signature*

City and state:   Sacramento, California            Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Carla Ceccon, a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Sacramento Field Office, Vacaville Resident Agency, being duly sworn, state:

1. I am submitting this affidavit in support of my request for the issuance of a criminal complaint and arrest warrant against Shayne Weingarten (hereafter "WEINGARTEN") for a violation of 18 U.S.C § 922(g)(1) (felon in possession of a firearm).

2. The information contained in this Affidavit is based upon my training and experience, my personal knowledge of this investigation, and information provided to me by other agents and law enforcement officials who have assisted in this investigation and have experience investigating the violations of firearm laws. This Affidavit is intended to provide probable cause to support the issuance of the complaint and arrest warrant and does not set forth all the information of which I am aware. The Affidavit mainly focuses on facts relevant and necessary to establish probable cause for the requested arrest warrant. The facts establishing probable cause that WEINGARTEN committed this crime are set forth more fully below.

**I.    INTRODUCTION AND AGENT BACKGROUND**

3. I have been employed as a Special Agent of the FBI since September 2018, and am currently assigned to the Sacramento Division on the Solano County Violent Crime Task Force. Prior to being assigned to the Sacramento Division, I was assigned to the San Francisco Division, Santa Clara County Safe Streets Gang Task Force. As a Special Agent of the FBI, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. My training consisted of 21 weeks of New Agent Training classes during which I received instruction on various aspects of Criminal and National Security investigations. As part of my training, I received extensive instruction in the areas of criminal law, firearms training, rules of evidence, interview techniques, physical surveillance, interviewing witnesses, confidential informants, victims and suspects, writing affidavits, executing search warrants, analyzing phone records obtained from subpoenas, search warrants, pen registers, trap and trace devices, and collecting and processing evidence. In addition, I have received specialized training in the extraction of data from digital devices, to include cellular telephones, as well as specialized training in

firearms technology, surveillance operations, crimes against children investigations and gang and narcotics investigations. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

4. Prior to my employment as an FBI Special Agent, I was employed by the Sacramento Police Department for approximately three years. I attended the Sacramento Police Academy for my basic training to become a police officer, which consisted of approximately 980 hours of training. From December of 2015 through May of 2018, I was assigned to the Office of Operations as a patrol officer working both uniform and plain clothes patrol. During this assignment, I conducted, as well as participated in, hundreds of investigations including, but not limited to, crimes of: homicide, robbery, weapons violations and various gang and narcotics related offenses. As a police officer, I conducted no less than one hundred vehicle, probation and parole searches, to include people, residences and personal property, resulting in numerous arrests for a variety of criminal statutes.

5. Prior to my employment as a police officer, I was employed by Colusa County Probation Department as a Deputy Probation Officer for approximately two years. As a Deputy Probation Officer, I participated in hundreds of probation searches of people, residences and personal property to include cell phones.

## II.     PROBABLE CAUSE

### A.     September 25, 2025, arrest of Shayne Weingarten by Vacaville Police Department

6. On September 25, 2025, Vacaville Police Department's Crime Impact Team (CIT) Detectives were on patrol in Vallejo, CA as part of the vehicle saturation enforcement team (VSET). Detectives were performing an area check of the Discovery Inn in Vallejo and observed an individual in dark clothing exit the passenger side of a black Mercedes-Benz with a temporary license plate. A records check of the vehicle's plate revealed it was registered with Department of Motor Vehicles (DMV) to WEINGARTEN. A record's check of WEINGARTEN revealed him to be on active Solano County Post-Release Community Supervision (PRCS) with a discharge date of March 17, 2028. Detectives also obtained a photograph of WEINGARTEN during their record's check.

7. Detectives parked their vehicle at a nearby gas station and waited for the Mercedes-Benz

vehicle to leave the parking lot. A short time later, Detectives drove through the parking lot of the Discovery Inn again and saw the license plate that was previously on the Mercedez-Benz had been removed. Detectives saw a male white adult standing near the vehicle wearing a face covering. The Detectives believed the white male to be the registered owner of the vehicle, WEINGARTEN. Additionally, based on the Detective's training and experience, they believed that individuals who are involved in criminal activity and on any type of search and seizure ( for example probation, parole or PRCS), it is common for them to want to avoid any police contact. Detectives believed WEINGARTEN removed the license plate from his vehicle and covered his face in an effort to conceal his identity and avoid police detection.

      8.     Detectives drove their police vehicle up the rear of the Mercedes-Benz. As Detectives exited their vehicles, WEINGARTEN immediately ducked behind his vehicle. One of the Detectives yelled at WEINGARTEN to "Stop Reaching". Due to WEINGARTEN's movements, Detectives drew their weapons and pointed them in the direction of WEINGARTEN. One of the Detectives could see his entire body as he stood between two cars. The Detective observed WEINGARTEN turn away from his vehicle and throw a black pistol on the ground near his vehicle as he began to run through the parking lot. Apart from seeing WEINGARTEN discard the pistol, the Detective also heard the firearm hit the ground with a loud thud. The Detective notified his partner that WEINGARTEN discarded a gun and yelled at WEINGARTEN, "Police, stop". WEINGARTEN failed to comply and continued to run through the parking lot. WEINGARTEN was eventually detained a short distance away by additional Vacaville PD Units.

      9.     Detectives searched the immediate area where the foot pursuit began and located a loaded Sig Sauer P320 9mm semi-automatic pistol with serial number 58J519338. The firearm was loaded with 9mm ammunition including one round in the chamber. A records check of the firearm revealed it to have no records through the Department of Justice.

      10.     A criminal history check of WEINGARTEN revealed he had multiple prior felony convictions. WEINGARTEN was transported to Solano County Jail for being a felon in possession of a firearm, ammunition, a violation of PRCS and evading officers.

### III. PROHIBITED PERSON STATUS

11. A review of WEINGARTEN's criminal history revealed he was previously convicted of the following felonies:

   i. On June 13, 2008, WEINGARTEN was convicted of a violation of CA PC 459 (Burglary).

   ii. On September 11, 2014, WEINGARTEN was convicted of a violation of CA PC 29800(a)(1) (Felon in Possession of Firearm).

   iii. On February 21, 2025, WEINGARTEN was convicted of a violation of CA HS 11378 (Possession of Controlled Substance for Sale).

   iv. On February 28, 2025, WEINGARTEN was convicted of a violation of CA HS 11378 (Possession of Controlled Substance for Sale).

### IV. INTERSTATE NEXUS

12. Based upon consultation with an interstate nexus expert from the Bureau of Alcohol, Tobacco, and Firearms, I know that the Sig Sauer firearm possessed by WEINGARTEN on September 25, 2025, was not manufactured in the State of California and therefore traveled in and affected interstate commerce.

INTENTIONALLY LEFT BLANK

## V. CONCLUSION

13. Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that WEINGARTEN committed a violation of 18 U.S.C § 922(g)(1).

14. Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

15. I declare under penalty of perjury that the statements above are true and correct to best of my knowledge and belief.

Respectfully submitted,

Carla Ceccon    /s/
Carla Ceccon
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me via telephone on: October 22, 2025

Carolyn K. Delaney
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

*/s/ Kristin F. Scott*
Approved as to form by AUSA Kristin Scott

## United States v. SHAYNE WEINGARTEN
### Penalties for Criminal Complaint

VIOLATION:   18 U.S.C. § 922(g)(1) - Felon in possession of firearm

PENALTIES:   Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION:   18 U.S.C. § 924(d)(1),  28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:   There will be forfeiture allegations and penalties stated in the forthcoming Indictment.